UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-10 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| DUANE RICHARD FORREST, | |
| Defendant. | |
| _____/ | |

**ORDER FOR DETENTION**

Defendant appeared before the undersigned, by video conference, for initial appearance and arraignment on May 26, 2020. Defendant was advised of his rights, the charges and the penalties, and stood mute to the charges.

Defendant is currently detained pending trial on criminal charges in Chippewa County, Michigan. Defendant is housed in the Chippewa County Jail. He was able to appear for his hearing in U.S. District Court by video conference and was not required to leave the Chippewa County Jail. Because Defendant is in custody on state charges, the issue of Defendant's release on bond pending his federal trial is not before the Court. Defense counsel preserved the issue of detention pending resolution of the state charges and may request a detention hearing at a later date if Defendant is released from state custody.

IT IS SO ORDERED.

Dated: May 26, 2020          /s/ *Maarten Vermaat*
                              MAARTEN VERMAAT
                              U.S. MAGISTRATE JUDGE